■ The People of the State of New York, Respondent, v Elija R. Johnson, Appellant.—Appeal by the defendant from two judgments of the Supreme Court, Suffolk County (Rohl, J.), both rendered May 3, 1989.

Ordered that the judgments are affirmed *(see, People v Harris,* 61 NY2d 9; *People v Suitte,* 90 AD2d 80). Thompson, J. P., Brown, Balletta, Miller and O'Brien, JJ., concur.